UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND SMIDDY,<br><br>   Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br><br>   Defendant. | Case No. ED CV 10-1453 PJW<br><br>J U D G M E N T |

  In accordance with the Memorandum Opinion and Order filed herewith,

  IT IS HEREBY ADJUDGED that this case be remanded to the Commissioner of Social Security for further proceedings consistent with the Memorandum Opinion and Order.


  DATED: September 29, 2011.


_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE


S:\PJW\Cases-Soc Sec\SMIDDY, R 1453\Judgment.wpd